Robert K. Levenson
Florida Bar # 0089771
Senior Trial Counsel
Plaintiff Securities and Exchange Commission
801 Brickell Avenue, Suite 1800
Miami, FL 33131
Telephone: (305) 982-6341
Facsimile: (305) 536-4154
levensonr@sec.gov

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| SECURITIES AND EXCHANGE COMMISSION, | Case No. 3:16-CV-03650-EMC |
|---|---|
| Plaintiff, | |
| v. | STIPULATION FOR ENLARGEMENT OF TIME RE RESPONSE TO MOTION TO DISMISS AND HEARING |
| ANDREW F. KERR, | |
| Defendant. | |

The parties file this stipulation to: (1) extend the time for Plaintiff Securities and Exchange Commission to respond to Defendant Andrew Kerr's motion to dismiss and for Mr. Kerr to reply; and (2) to change the hearing date on the motion to dismiss from September 29, 2016 to November 10, 2016.

As set forth in the attached declaration of Commission counsel Robert K. Levenson, the reason for the extension of time for the Commission to respond to the motion to dismiss is that Mr. Levenson began a two- to three-week trial on Monday, August 29, 2016 in United States District Court for the Southern District of Florida. Mr. Levenson, the sole Commission attorney handling the case against Mr. Kerr, will therefore not have the time to draft a response before the current deadline of September 6, 2016 for the Commission to file its response. The parties

STIPULATION 1 CASE 3:16-CV-03650-EMC

therefore agree to an enlargement of time for the Commission to file its response until September 20, 2016. The parties also agree to a one-week extension of the normal time Mr. Kerr would have to reply under the Local Rules from September 27, 2016 to October 4, 2016.

The parties also request for several reasons the hearing on the motion to dismiss be moved back from the currently scheduled date of September 29, 2016 to November 10, 2016. First, it will give the Court additional time to review the pleadings and determine if it can rule on the papers, or if a hearing is necessary. Second, the parties are already scheduled to be in court on November 10 for the case management conference, and it would conserve time and resources if we could appear on the same date for both hearings. Particularly in the case of Mr. Levenson, it would reduce the cross-country travel for personal appearances from twice to once. Third, Mr. Levenson is unavailable on September 29 due to a prior family commitment.

For those reasons, the parties stipulate and request that the Court approve the following deadlines:

| | |
|---|---|
| September 20, 2016 | Commission response to motion to dismiss due |
| October 4, 2016 | Mr. Kerr's reply due |
| November 10, 2016 (1:30 p.m.) | Hearing on the motion to dismiss |

Date: September 1, 2016

Robert K. Levenson
Florida Bar No. 0089771
Senior Trial Counsel
Attorney for Plaintiff
SECURITIES AND EXCHANGE
COMMISSION
801 Brickell Ave., Suite 1800
Miami, FL 33131
Tel.: 305-982-6341
Fax: 305-536-4154
levensonr@sec.gov

Andrew F. Kerr
*Pro Se*
Defendant
1455 Berlin Way
Livermore, CA 94550
(415) 254-6464
andrew.kerr@akua.com

PURSUANT TO STIPULATION, IT IS SO ORDERED.   In addition, the Case Management Conference will be reset from 9:30 a.m. to 1:30 p.m. on November 10, 2016. A joint CMC statement shall be filed by November 3, 2016.

September ___, 2016



IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

EDWARD M. CHEN
UNITED STATES